AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAJON CHERRY and SHERRIL JOHNSON,
on behalf of Rajon Cherry,

Plaintiffs,

v.

RICHARD ALLEN, ZACHERY HAMPEL,
and GLYNN COUNTY,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-090

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered February 4, 2025, the Court grants Defendants' motions for summary judgment as to Plaintiffs' federal law claims, and Judgment is hereby entered in favor of Defendants on those claims. Further, Plaintiffs' state law claims are dismissed without prejudice. There being no claims remaining, this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 5, 2025

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020